UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                               :

DAVID M. TROTMAN,
                                               :

                     Plaintiff,       :               25-CV-9037 (JMF)
                                               :

          -v-                         :               ORDER OF SERVICE
                                               :

WARDEN NYC D.O.C. et al,
                                               :

                    Defendants.     :

                                             :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Plaintiff, who is currently incarcerated at Robert N. Davoren Center on Rickers Island, brings this *pro se* action under 42 U.S.C. § 1983. By Order dated December 5, 2025, the Court granted Plaintiff's request to proceed without prepayment of fees.[1]

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this Order. The Court requests that Defendants Officer Miller, Officer Luna, Captain Lesey, and the Warden of the George R. Vierno Center waive service of summons.

Plaintiff may consult the legal clinic in this District that assists people who are parties in civil cases and do not have lawyers. The clinic is run by a private organization called the City

---

[1] Plaintiff has had three prior actions that were filed while he was a prisoner dismissed on grounds that qualify the dismissals as "strikes" for purposes of 28 U.S.C. § 1915(g), and he is therefore generally barred from proceeding IFP. *See Trotman v. McCoy*, 9:22-CV-1269 (N.D.N.Y. Mar. 7, 2023); *Trotman v. Warden of DOC NYC*, No. 24-CV-8455 (E.D.N.Y Sept. 3, 2025) (Text Order). The Court accepted at this stage Plaintiff's arguments that, at the time of filing the complaint, he was under imminent danger of serious physical injury and permitted him to proceed IFP; that determination is without prejudice to any arguments Defendants may wish to make that IFP should be revoked on the ground Plaintiff did not qualify for Section 1915(g)'s imminent danger exception.

Bar Justice Center ("CBJC"); it is not part of, or run by, the court (and therefore cannot, among other things, accept filings on behalf of the court, which must still be made by any *pro se* party through the Pro Se Intake Unit). To receive limited-scope assistance from the clinic, Plaintiff should make an appointment by completing the CBJC's online intake form, located at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: December 5, 2025
       New York, New York

JESSE M. FURMAN
United States District Judge

2