UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                              :
  DAVID M. TROTMAN,                                           :
                                                              :
                                    Plaintiff,                :                25-CV-9037 (JMF)
                                                              :
                          -v-                                 :                ORDER OF SERVICE
                                                              :
  WARDEN NYC D.O.C. et al,                                    :
                                                              :
                                    Defendants.               :
                                                              :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Court is in receipt of the letter filed by Corporation Counsel of the City of New York
in response to the Order dated January 6, 2026, *see* ECF No. 14, providing addresses where
Defendants Warden Charisma Carter and Correction Officers Garick Miller, Manuel Luna, and
Angelo Erland Lessey may be served.  *See* ECF No. 17.  The Court requests that Defendants
waive service of summons.

        The Clerk of Court is directed to electronically notify the New York City Department of
Correction and the New York City Law Department of this Order and to mail a copy of this
Order to Plaintiff.

        SO ORDERED.

Dated:  March 9, 2026
        New York, New York                        _____
                                                         JESSE M. FURMAN
                                                      United States District Judge