UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                               :

DAVID M. TROTMAN,                  :

                               :

             Plaintiff,          :

                               :          25-CV-9037 (JMF)

      -v-                  :

                               :          ORDER

WARDEN NYC D.O.C. et al.,      :

                               :

            Defendants.      :

                               :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On April 3, 2026, the Clerk of Court docketed a request from Plaintiff for a temporary restraining order and preliminary injunction.  ECF No. 21.  Plaintiff fails to make a showing that would justify issuing a temporary restraining order without notice to Defendants.  *See* Fed. R. Civ. P. 65(b)(1).  Corporation Counsel of the City of New York, as presumptive counsel for Defendants, shall file a letter brief responding to the request, not to exceed five pages and no later than **April 13, 2026**.  No reply may be filed absent prior leave of Court.

       The Clerk of Court is directed to mail a copy of this Order to Trotman at the following address (and to update the docket to reflect that this is now Trotman's address):

          David M. Trotman
          NYSID: 13433001K
          B&C: 3492303004
          Otis Bantum Correctional Center
          16-00 Hazen Street,
          East Elmhurst, NY 11370

         SO ORDERED.

Dated: April 6, 2026
      New York, New York                         _____
                                        JESSE M. FURMAN
                                    United States District Judge