UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                              :

DAVID M. TROTMAN,                    :

                    :

           Plaintiffs,         :

                    :           25-CV-9037 (JMF)

      -v-                 :

                    :             ORDER

WARDEN NYC D.O.C. et al,         :

                    :

          Defendants.      :

                    :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Upon review of the parties' submissions, Plaintiff's request for injunctive relief is DENIED, substantially for the reasons set forth in Defendants' opposition. *See* ECF No. 24.  In brief, Plaintiff's allegations are too conclusory and unsupported to establish that he has standing to seek injunctive relief, let alone irreparable harm.  The Court notes that Plaintiff's allegation that he was denied medical care for injuries he sustained in February 2026, *see* ECF No. 21, at 5 ¶ 24, are too thin to support injunctive relief.  That said, the Court hopes that Plaintiff either has received appropriate medical care since filing his motion or will be provided appropriate medical care in the near future.

      The Clerk of Court is directed to mail a copy of the Court's Order at ECF No. 22 and this Order to Trotman at the following address (**and to update the docket to reflect that this is now Trotman's address**):

          David M. Trotman
          NYSID: 13433001K
          B&C: 3492303004
          Otis Bantum Correctional Center
          16-00 Hazen Street
          East Elmhurst, NY 11370

      SO ORDERED.

Dated: April 15, 2026
      New York, New York               _____
                                    JESSE M. FURMAN
                                United States District Judge