UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

DAVID M. TROTMAN,

Plaintiff,

-v-

WARDEN CHARISMA CARTER et al.,

Defendants.

---------------------------------------------------------------------X

25-CV-9037 (JMF)

ORDER

JESSE M. FURMAN, District Judge:

Plaintiff recently filed two documents in response to Defendants' motion to dismiss: an affidavit, *see* ECF No. 41, and a motion to compel, *see* ECF No. 42. In light of Plaintiff's *pro se* status, the Court will treat these documents collectively as his opposition to Defendants' motion to dismiss, unless he objects or clarifies that the Court should not do so by **September 18, 2026**. In light of that, the deadline for Defendants' reply, if any, is extended to **September 25, 2026**. To the extent that Plaintiff includes new factual allegations in the affidavit, *see* ECF No. 21, Defendants should address in their reply whether Plaintiff should be granted leave to amend his complaint to include those allegations.

The Clerk of Court is directed to terminate ECF Nos. 42 and 43 and to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: September 3, 2026
New York, New York

JESSE M. FURMAN
United States District Judge