U.S.D.C.
S.D.N.Y.

THURS AUGUST 2[illegible] TWO THOUSAND TWENTY S[illegible]
LETTER MOTION CHANGE ADDRE[SS]
CIVIL ACTION NO. 1:25-CV-09037
DISTRICT JUDGE JESSE FURMAN

DAVID MICHAEL TROTMAN
V.
WARDEN OF NYC DOC

PLAINTIFF ATTEMPTED TO HAVE DOCUMENTS NOTARIZED AND D.O.C. STAFF DENIED THAT REQUEST WITH A INANE RESPONSE. IN THIS ENVELOPE WITH THE DOCUMENTS IS A LAW LIBRARY REQUEST WITHOUT THE PLAINTIFF HAND WRITING WITH THE INANE RESPONSE. AT THIS TIME THE PLAINTIFF REQUEST THAT THE COURT PROCESS THE DOCUMENTS WITHOUT THE NOTARY BUT WITH THE SAME AUTHORITY.

RESPECTFULLY SUBMITTED.

PLAINTIFF REQUEST THAT ADDRESS IS CHANGED TO 16000 HAZEN STREET EAST ELMHURST NEW YORK 11370

I SWEAR UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

[signature]
SIGNATURE

8-20-2026
DATE

DAVID TROTMAN
3492303004
16000 HAZEN STREET
EAST ELMHURST NEW YORK 11370

2026 AUG 28 AM 10:17
SDNY PRO SE OFFICE
RECEIVED

This appears to be a duplicate of ECF No. 42, which was previously addressed. See ECF No. 44. Accordingly, the Clerk of Court is directed to terminate ECF No. 45.

SO ORDERED.

[signature]

September 4, 2026