UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DAVID M. TROTMAN, Plaintiff, -v- WARDEN CHARISMA CARTER et al., Defendants. | : | 25-CV-9037 (JMF) ORDER |

JESSE M. FURMAN, United States District Judge:

On September 10, 2026, Plaintiff's motion for leave to amend his complaint was docketed. *See* ECF No. 47. This Court previously held that it would treat Plaintiff's previous filings — an affidavit, *see* ECF No. 41, and a motion to compel, *see* ECF No. 43 — as his opposition to Defendants' motion to dismiss, *see* ECF No. 44.

This ruling remains in effect. The Court will address Plaintiff's motion for leave to amend when ruling on Defendants' motion to dismiss. *See* ECF No. 37. Defendants are directed to address any new allegations contained in Plaintiff's motion for leave to amend in their reply due **September 25, 2026**.

The Clerk of the Court is directed to terminate ECF No. 47 and to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: September 11, 2026
New York, New York

JESSE M. FURMAN
United States District Judge