UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

DAVID M. TROTMAN,

Plaintiff,

-v-

WARDEN CHARISMA CARTER et al.,

Defendants.

---------------------------------------------------------------------X

25-CV-9037 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On July 22, 2026, the Court ordered Plaintiff to file any amended complaint by September 2, 2026. *See* ECF No. 40. Plaintiff's motion for leave to file an amended complaint was entered on the docket on September 10, 2026, *see* ECF No. 47, but Plaintiff's amended complaint, dated August 30, 2026, was not entered on the docket until October 5, 2026. *See* ECF No. 50. On September 25, 2026, Defendants filed a reply in further support of their motion to dismiss and addressed Plaintiff's motion for leave to amend the complaint. *See* ECF No. 49.

In light of the delay in docketing, and Plaintiff's *pro se* and incarcerated status, the Court will consider the amended complaint at ECF No. 50 in connection with Plaintiff's motion for leave to amend at ECF No. 47. Defendants are invited to file a supplemental letter brief, not to exceed three pages, addressing any new allegations contained in the amended complaint at ECF No. 50, by **October 12, 2026**.

The Clerk of the Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: October 6, 2026
New York, New York

JESSE M. FURMAN
United States District Judge